IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **AT&T CORP.** )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**CUDDY & ASSOCIATES, LLC** )<br>)<br>*Defendant.* )<br>) | Civil Case No.: _____ |

## PLAINTIFF'S DISCLOSURE OF CORPORATE INTEREST
## PURSUANT TO LOCAL RULE 103.3

Plaintiff AT&T Corp. ("AT&T" or "Plaintiff"), by and through its undersigned counsel, and pursuant to Rule 103.3 of the Local Rules of the United States District Court for the District of Maryland, states that: Plaintiff is a 100% subsidiary of AT&T, Inc., and as such, AT&T, Inc. may have a financial interest in the outcome of this litigation.

Respectfully submitted,

/s/ John R. Fischel
John R. Fischel, Esq. (#25690)
James Phelan Robinson, Esq. (#19816)
BRADY, FISCHEL & DAILY, LLC
721 Melvin Avenue
Annapolis, Maryland 21401
Phone: (410) 216-9054
Fax: (410) 216-9034
john@bfdlegal.com
james@bfdlegal.com

/s/
Troy A. Glander, Esq.*
ALLAN, NAVA, & GLANDER PLLC
13409 NW Military Hwy, Suite 300
San Antonio, Texas 78231
Phone: (210) 787-5446
Fax: (210) 305-4219
TGlander@ANGlawfirm.com
* *Pro hac vice* to be submitted

*Attorneys for Plaintiff AT&T Corp.*