# BRADY FISCHEL & DAILY, LLC
## ATTORNEYS-at-LAW

July 17, 2018

<u>**SENT VIA ECF**</u>
The Honorable Ellen Lipton Hollander
District Court Judge
The United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

      Re:    *AT&T Corp. v. Cuddy & Associates, LLC*
              Civil Action No. ELH-18-2150
              Statement in Response to the Court's July 16, 2018 Memorandum to Counsel

Dear Judge Hollander,

      Undersigned counsel is in receipt of the Court's July 16, 2018 Memorandum to Counsel in which the Court requests that counsel for AT&T submit a statement clarifying the parties' citizenship and basis for the Court's exercise of diversity jurisdiction. Please let this correspondence serve as the requested statement.

      Defendant Cuddy & Associates, LLC, is a Maryland limited liability company. Cuddy & Associates, LLC, is comprised of a single member: Pamela L. Cuddy ("Ms. Cuddy"). Ms. Cuddy is a citizen of Maryland with a last known address of 2502 Chilberry Avenue, Joppa, Maryland 21085. Cuddy & Associates, LLC, is certified by the Maryland Office of Minority Business Enterprise ("OMBE"). Cuddy & Associates, LLC's OMBE firm profile lists its website as "www.cuddyandassociatesllc.com". *See* **Exhibit A**. On its website, Ms. Cuddy is listed as the "Sole Member/Owner". *See* **Exhibit B**. Ms. Cuddy's residential address is available *via* the Maryland Department of Assessments and Taxation's Real Property Data Search. *See* **Exhibit C**.

      As Plaintiff AT&T Corp. is a New York corporation, with its principal place of business in Bedminster, New Jersey, the sole member of Cuddy & Associates, LLC, is a citizen of Maryland, and the amount in controversy exceeds $75,000.00, this Court may exercise diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

      Please do not hesitate to contact undersigned counsel should the Court require any additional information or a more formal filing.

# BRADY FISCHEL & DAILY, LLC
## ATTORNEYS-at-LAW

Judge Hollander
July 17, 2018
Page 2

                                      Very truly yours,

                                      /s/ John R. Fischel
                                      John R. Fischel, Esq. (#25690)
                                      James Phelan Robinson, Esq. (#19816)
                                      BRADY, FISCHEL & DAILY, LLC
                                      721 Melvin Avenue
                                      Annapolis, Maryland 21401
                                      Phone: (410) 216-9054
                                      Fax: (410) 216-9034
                                      john@bfdlegal.com
                                      james@bfdlegal.com

                                      Troy A. Glander, Esq.*
                                      ALLAN, NAVA, & GLANDER PLLC
                                      13409 NW Military Hwy, Suite 300
                                      San Antonio, Texas 78231
                                      Phone: (210) 787-5446
                                      Fax: (210) 305-4219
                                      TGlander@ANGlawfirm.com
                                      * *Pro hac vice* to be submitted

                                      *Attorneys for Plaintiff AT&T Corp.*

cc: Cuddy & Associates, LLC**

** This Statement shall be served on Defendant Cuddy & Associates, LLC, concomitantly with the Complaint and summons.

# EXHIBIT A



# Office of Minority Business Enterprise
Maryland's Official Certification Agency

## The MDOT Directory of Certified MBE, DBE, SBE and ACDBE Firms

**Complete Firm Profile**  **Frequently Asked Questions**

| **Firm Detail** | **NAICS - Product and Service Description** |
|---|---|
| Firm Name:<br>  CUDDY & ASSOCIATES, LLC | **237130 - MBE/DBE/SBE - POWER AND COMMUNICATION LINE AND RELATED STRUCTURES CONSTRUCTION**<br>(SPECIFICALLY: INSTALLATION OF UNDERGROUND CONDUIT, COMMUNICATION LINES AND FIBER OPTICS) |
| Minority Status - Cert # - Date:<br>  FEMALE<br>  12-623<br>  11/28/2012 | **238910 - MBE/DBE/SBE - SITE PREPARATION CONTRACTORS**<br>(SPECIFICALLY: EXCAVATION CONTRACTOR) |
| Address:<br>  1100 BATAVIA FARM ROAD<br>  ROSEDALE, MD 21237<br>  BALTIMORE COUNTY | **238990 - MBE/DBE/SBE - ALL OTHER SPECIALTY TRADE CONTRACTORS**<br>(SPECIFICALLY: CONCRETE SIDEWALK REMOVAL, REPAIR, AND REPLACEMENT, INSTALLATION OF CONCRETE BASES FOR PEDESTALS) |
| Contact:<br>  PAMELA L. CUDDY | **561990 - MBE/DBE/SBE - ALL OTHER SUPPORT SERVICES**<br>(SPECIFICALLY: MAINTENANCE OF TRAFFIC, TRAFFIC SAFETY, FLAGGING) |
| Phone - Fax - Email - Website:<br>  (P) 410-686-7200<br>  (F) 410-686-7210<br>  CUDDYLLC@GMAIL.COM<br>  WWW.CUDDYANDASSOCIATESLLC.COM | |
| References:<br>  NO REFERENCE DATA ON RECORD | |

**LOGIN to MDOT's Annual Review Document Portal**
what is this?

# EXHIBIT B



- Home
- About Us
- Contact Us
- Blog

## Contact Us

Pamela L Cuddy, Sole Member/Owner
(410) 977-7426

William "Butch" Cuddy, Estimator
(443) 388-0924

Lisa Cuddy, Human Resource Director
410-686-7200 *Call about open positions*!!

Joseph "Mike" Cuddy, Superintendent
(443) 388-0925

Jonathan Stewart, Field Supervisor
(443) 388-0927

**Main Office:**
1100 Batavia Farm Road
Upper Level
Rosedale, Maryland 21237

**Equipment Yard:**
928 Batavia Farm Road
Rosedale, Maryland 21237

(410) 686-7200 Office
(443) 969-2972 Yard
(410) 686-7210 Fax
cuddyllc@gmail.com



# EXHIBIT C

SDAT: Real Property Search



☰ MENU

Maryland.gov   Phone Directory   State Agencies   Online Services

Real Property Data Search                                Guide to searching the database 📄

Search Result for HARFORD COUNTY



| View Map | View GroundRent Redemption | View GroundRent Registration |

| **Tax Exempt:** | | **Special Tax Recapture:** | |
| **Exempt Class:** | | NONE | |
| **Account Identifier:** | | **District -** 01 **Account Number -** 094017 | |

| **Owner Information** ||||
| **Owner Name:** | CUDDY WILLIAM H III<br>CUDDY PAMELA L | **Use:**<br>**Principal Residence:** | RESIDENTIAL<br>YES |
| **Mailing Address:** | 2502 CHILBERRY AVE<br>JOPPA MD 21085-2308 | **Deed Reference:** | /05611/ 00459 |

| **Location & Structure Information** ||||
| **Premises Address:** | 2502 CHILBERRY AVE<br>JOPPA 21085-2308 | **Legal Description:** | LT 8 280/213X270<br>2502 CHILBERRY AVENUE<br>GREENSPRING HILLS P 8/29 |

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Assessment Year | Plat No: | 8029 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0060 | 0003F | 0301 | | 0134 | 1 | B | 8 | 2018 | Plat Ref: | |

| Special Tax Areas: | | | Town: | | NONE |
|---|---|---|---|---|---|
| | | | Ad Valorem: | | |
| | | | Tax Class: | | |

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1965 | 2,016 SF | | 1.5300 AC | |

| Stories | Basement | Type | Exterior | Full/Half Bath | Garage | Last Major Renovation |
|---|---|---|---|---|---|---|
| 2 | NO | SPLIT LEVEL | 1/2 STONE SIDING | 1 full/ 1 half | 1Att/1Det | |

## Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of 01/01/2018 | As of 07/01/2017 | As of 07/01/2018 |
| **Land:** | 120,300 | 105,300 | | |
| **Improvements** | 193,600 | 207,100 | | |
| **Total:** | 313,900 | 312,400 | 313,900 | 312,400 |
| **Preferential Land:** | 0 | | | 0 |

## Transfer Information

| **Seller:** STROHMINGER GEORGE H | **Date:** 09/23/2004 | **Price:** $279,900 |
|---|---|---|
| **Type:** ARMS LENGTH MULTIPLE | **Deed1:** /05611/ 00459 | **Deed2:** |
| **Seller:** | **Date:** | **Price:** |
| **Type:** | **Deed1:** | **Deed2:** |
| **Seller:** | **Date:** | **Price:** |
| **Type:** | **Deed1:** | **Deed2:** |

## Exemption Information

| **Partial Exempt Assessments:** | Class | 07/01/2017 | 07/01/2018 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00\|0.00 | 0.00\|0.00 |

**Tax Exempt:**   **Special Tax Recapture:**
**Exempt Class:**   NONE

## Homestead Application Information

**Homestead Application Status:** Approved   04/24/2009

## Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application   **Date:**

SDAT: Real Property Search

Case 1:18-cv-02150-ELH   Document 5   Filed 07/17/18   Page 11 of 11



Contact Us | Privacy Notice | Accessibility

SOCIAL MEDIA DIRECTORY

301 W. Preston St., Baltimore, MD 21201-2395; (410) 767-1184

Outside the Baltimore Metro Area (888) 246-5941

Maryland Relay (800) 735-2258

https://sdat.dat.maryland.gov/RealProperty/Pages/default.aspx[7/16/2018 3:36:01 PM]